UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTICE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, *et al.*,<br><br>    Defendants. | Case No.  2:24-cv-00334-KJM-JDP (PS)<br><br>**ORDER**<br><br>DISCHARGING THE COURT'S ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE PROOFS OF SERVICE WITHIN THIRTY DAYS<br><br>ECF Nos. 5 & 6 |

For good cause shown in plaintiff's response, ECF No. 6, the court discharges its April 30, 2024 order to show cause, ECF No. 5.  Plaintiff is directed to file proofs of service demonstrating that defendants were properly served within thirty days.  Failure to do so will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   May 13, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1